**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID MACK, and | ) | |
| CHRISTOPHER MACK, on behalf of | ) | 1:10-cv-4244 |
| themselves and others similarly situated, | ) | |
|     Plaintiffs, | ) | Judge Hibbler |
|     v. | ) | Magistrate Judge Keys |
| | ) | |
| MRS ASSOCIATES, INC., | ) | JURY TRIAL DEMANDED |
|     Defendant. | ) | |

**PARTIES' PROPOSED DISCOVERY PLAN**

The parties hereby jointly submit the following proposed discovery plan:

Rule 26(a)(1) disclosures: October 1, 2010.

Amendments of pleadings: January 28, 2011.

Close of fact discovery: May 27, 2011.

Rule 26(a)(2) Expert Report Disclosure Schedule:

Last permissible date for disclosure of party with burden of proof as to expert issues presented: June 30, 2011;

Response: 45 days after service of initial 26(a)(2) disclosure;

Rebuttal: 30 days after service of response.

Respectfully submitted,

/s/Alexander H. Burke
Counsel for Plaintiff

/s/James C. Vlahakis (with consent)
Counsel for Defendant

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

David M. Schultz
James C. Vlahakis
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3715
312-704-3001 [fax]