IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MACK, and | ) | |
| CHRISTOPHER MACK, on behalf of | ) | 1:10-cv-4244 |
| themselves and others similarly situated, | ) | |
| Plaintiffs, | ) | Judge Hibbler |
| v. | ) | Magistrate Judge Keys |
| | ) | |
| MRS ASSOCIATES, INC., | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**PARTIES' PROPOSED CLASS CERTIFICATION BRIEFING SCHEDULE**

The parties hereby jointly submit the following proposed briefing schedule for plaintiff's motion for class certification:

Plaintiff's revised motion for class certification motion (if any):  January 28, 2011;

Response:  March 18, 2011;

Reply:  April 22, 2011.


Respectfully submitted,

| | |
|---|---|
| /s/Alexander H. Burke | /s/James C. Vlahakis (with consent) |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| Alexander H. Burke | David M. Schultz |
| **BURKE LAW OFFICES, LLC** | James C. Vlahakis |
| 155 N. Michigan Ave., Suite 9020 | Hinshaw & Culbertson, LLP |
| Chicago, IL 60601 | 222 N. LaSalle, Suite 300 |
| (312) 729-5288 | Chicago, IL 60601 |
| (312) 729-5289 (fax) | 312-704-3715 |
| ABurke@BurkeLawLLC.com | 312-704-3001 (fax) |
| www.BurkeLawLLC.com | |