IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID MACK and CHRISTOPHER MACK, on behalf of themselves and others similarly situated, | Judge William J. Hibbler |
| | Case No.: 1:10-cv-04244 |
| Plaintiff, | |
| v. | |
| MRS ASSOCIATES, INC., | |
| Defendant. | |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, MRS Associates, Inc., n/k/a MRS BPO LLC ("MRS"), which, pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, files this Motion for Partial Summary Judgment, and incorporates the attached, Statement of Uncontested Material Facts, and supporting memorandum.

David Mack is the only remaining plaintiff in this matter. In Count 1, plaintiff alleges MRS violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, when calling a cellular telephone number ending with the last four digits of 9181. It is undisputed, however, that plaintiff was *not* the called party/intended recipient of the calls to the 9181 number. Moreover, it is undisputed that plaintiff is *not* the cell phone subscriber for the 9181 number. The Court, therefore, should dismiss plaintiff's TCPA claim because plaintiff does *not* have statutory standing to assert the claim.

WHEREFORE, based on the foregoing, and the attached Statement of Uncontested Material Facts, and supporting memorandum, MRS respectfully requests that the Court grant the requested relief.

        Respectfully submitted,

        /s/ James K. Schultz
        Attorney for MRS Associates, Inc.,
        n/k/a MRS BPO LLC

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 West Monroe Street, Suite 1120
Chicago, IL 60603
Telephone: 312-578-0990
Facsimile: 312-578-0991
jschultz@sessions-law.biz

Bryan C. Shartle
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
Lakeway Two, Suite 200
3850 N. Causeway Boulevard
Metairie, LA 70002
Telephone: 504-828-3700
Facsimile: 504-828-3737
bshartle@sessions-law.biz

Attorneys for MRS Associates, Inc.,
n/k/a MRS BPO LLC

## **CERTIFICATE OF SERVICE**

I certify that on this 3rd day of March 2011 a copy of the foregoing **Motion for Partial Summary Judgment** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel, as described below. Parties may access this filing through the Court's system.

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: 312-729-5288
Facsimile: 312-729-5289
aburke@burkelawllc.com

/s/ James K. Schultz
Attorney for MRS Associates, Inc.,
n/k/a MRS BPO LLC

\\sfnfs02\prolawdocs\9441\9441-27232\Mack, David & Christopher\363072.doc