**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID MACK and CHRISTOPHER MACK, on behalf of themselves and others similarly situated, | Judge William J. Hibbler |
| | Case No.: 1:10-cv-04244 |
| Plaintiff, | |
| v. | |
| MRS ASSOCIATES, INC., | |
| Defendant. | |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

NOW INTO COURT, through undersigned counsel, comes defendant, MRS Associates, Inc., n/k/a MRS BPO LLC ("MRS"), which, pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, files this Statement of Uncontested Material Facts. MRS respectfully requests the Court consider the following:

1. On July 8, 2010, David and Christopher Mack filed the above-captioned lawsuit. *See* Docket No. 1.

2. On January 7, 2011, Christopher Mack voluntarily dismissed his claims without prejudice. *See* Docket No. 15.

3. David Mack is the only remaining plaintiff in this case. *Id.*

4. Plaintiff alleges he received calls from MRS on a cellular telephone number ending with the last four digits of 9181. *See* Docket No. 1, at ¶ 7; Exhibit A, Pl. Discovery Resp. and Reqs.

5. Plaintiff was not the called party or intended recipient of any MRS call. *See* Docket No. 1, at ¶ 7.

6. MRS did not direct any calls to plaintiff. *Id.*

7. Plaintiff alleges he has no relationship with MRS. *Id.* at ¶ 2.

8. Plaintiff avers "the calls were made in attempts to collect a debt allegedly owed by another person." *Id.*

9. Plaintiff alleges MRS called him "to collect a debt allegedly owed to MRS by [his] mother, Julie Schultz." *Id.* at ¶ 7.

10. Plaintiff states his mother is the "alleged debtor from whom [MRS] was trying to collect." *Id.* at ¶ 11.

11. The 9181 number is registered to Christopher Mack, not plaintiff. *See* Exhibit B, Resp. to Pl. Subpoena.

12. Plaintiff is not the cell phone subscriber for the 9181 number. *Id.*

13. On June 25, 2010, Ms. Schultz settled any and all claims she had against MRS by entering into a Release and Settlement Agreement. *See* Exhibit C, J. Schultz Release and Settlement Agreement.

14. Pursuant to the settlement, Ms. Schultz released MRS from any claim she "ever had, or now has, against MRS by reason of any matter, cause or thing whatsoever occurring from the beginning of the world to the date of this Release, regarding any of the allegations made or that could have been made in the Lawsuit, including, but not limited to, the debt collection activities of MRS[.]" *Id.* at p. 2, ¶ 3.

15. Ms. Schultz also represented and warranted "that she has not transferred, assigned or otherwise sold any portion of the claims or causes of action that she is alleging in this Lawsuit, or which are related in any way to the Account or the collection attempts related to the Account, and that she is the sole holder of such claims and causes of actions." *Id.* at pp. 2-3, ¶ 6.

2

16. The settlement agreement requires Ms. Schultz "to indemnify and hold MRS harmless if [she] is found to have pursued any Released Claim against any Released Party." *Id.* at p. 2. ¶ 4.

                          Respectfully submitted,

                          /s/ James K. Schultz
                          Attorney for MRS Associates, Inc.,
                          n/k/a MRS BPO LLC

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 West Monroe Street, Suite 1120
Chicago, IL 60603
Telephone: 312-578-0990
Facsimile: 312-578-0991
jschultz@sessions-law.biz

Bryan C. Shartle
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
Lakeway Two, Suite 200
3850 N. Causeway Boulevard
Metairie, LA 70002
Telephone: 504-828-3700
Facsimile: 504-828-3737
bshartle@sessions-law.biz

Attorneys for MRS Associates, Inc.,
n/k/a MRS BPO LLC

## **CERTIFICATE OF SERVICE**

I certify that on this 3rd day of March 2011 a copy of the foregoing **Statement of Uncontested Material Facts** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel, as described below. Parties may access this filing through the Court's system.

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: 312-729-5288
Facsimile: 312-729-5289
aburke@burkelawllc.com

/s/ James K. Schultz
Attorney for MRS Associates, Inc.,
n/k/a MRS BPO LLC

\\sfnfs02\prolawdocs\9441\9441-27232\Mack, David & Christopher\363069.doc