**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID MACK, on behalf of ) | | 1:10-cv-4244 |
| Himself and others similarly situated, ) | | |
| Plaintiffs, ) | | Judge Hibbler |
| v. ) | | Magistrate Judge Keys |
| ) | | |
| MRS ASSOCIATES, INC., ) | | JURY TRIAL DEMANDED |
| Defendant. ) | | |

**PLAINTIFF'S NOTICE OF ERROR IN MINUTE ORDER**

1. Judge Keys heard oral argument regarding plaintiff's first motion to compel, docket item 16, on February 25, 2011, and granted the motion in its entirety from the bench.

2. The interrogatories that were compelled in the bench order included interrogatories 5, 6, and 7, and document requests 4, 5, 6, and 15.

3. However, the minute order commemorating the bench order lists the motion as docket item 29, a different motion to compel that was not referred to Judge Keys, and lists incorrect discovery requests.

4. Plaintiff requests that this inconsistency be remedied so that the record is correct.

Respectfully submitted,

/s/Alexander H. Burke

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com