IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID MACK, and CHRISTOPHER MACK, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No.: 1:10-cv-4244 |
| v. | ) ) Judge Hibbler |
| MRS ASSOCIATES, INC., | ) ) Magistrate Judge Keys |
| Defendant. | ) ) |

**DAVID M. SCHULTZ AND JAMES C. VLAHAKIS' UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT MRS ASSOCIATES, INC.**

NOW COMES, David M. Schultz and James C. Vlahakis, who respectfully request leave of court to withdraw as counsel for Defendant MRS ASSOCIATES, INC. ("MRS"):

1. This is an unopposed motion, made in consultation with MRS and Plaintiff's counsel.

2. David M. Schultz and James C. Vlahakis of Hinshaw & Culbertson LLP filed appearances on behalf of MRS in or about August of 2010. On February 28, 2011, attorneys James Kevin Schultz and Bryan C. Shartle of Sessions, Fishman, Nathan & Israel, L.L.C. filed additional appearances for MRS. The Sessions firm acts as national counsel for MRS and is counsel of record in another TCPA claim brought against MRS, *Hovanec v. MRS BPO, LLC*, case no. 10 CV 7672 (N.D. Ill.).

3. Because attorneys James Kevin Schultz and Bryan C. Shartle have taken over the defense of this case, attorneys David M. Schultz and James C. Vlahakis seek leave court to withdraw. No harm or prejudice will come from granting this motion.

WHEREFORE, for the reasons set forth above, David M. Schultz and James C. Vlahakis seek leave court to withdraw as counsel of record for Defendant MRS ASSOCIATES, INC.

2

        By: /s/ James C. Vlahakis
            Attorney for Defendant, MRS Associates, Inc.

David M. Schultz
James C. Vlahakis
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 (fax)
dschultz@hinshawlaw.com
jvlahakis@hinshawlaw.com

130079178v1 0915035 00038

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2011 I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Counsel for Defendant,

s/James C. Vlahakis
James C. Vlahakis
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com